### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING |
| DAVID M. BRIDGES, DEBTOR | CASE NO. 11-03145-ee |

### MOTION TO ALLOW LATE PROOF OF CLAIM

COMES NOW, JPMorgan Chase Bank, National Association, a secured creditor herein, requests the court to allow the filing of a late proof of claim, and in support would show unto the Court the following:

1. David M. Bridges ("Debtor") filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on September 9, 2011.

2. This Court has jurisdiction over the parties and subject matter of this proceeding.

3. JPMorgan Chase Bank, National Association holds a claim against the Debtor, which is secured by certain property located at 205 Village Circle, Canton, Mississippi 39046 ("Property"), as evidenced by a Deed of Trust and a Note.

4. Allowing JPMorgan Chase Bank, National Association to file its late claim will not adversely affect Debtors or the bankruptcy estate.

5. Debtor's Chapter 13 Plan was confirmed on November 21, 2011.

6. Good and sufficient cause exists to allow JPMorgan Chase Bank, National Association to file a late claim.

WHEREFORE, PREMISES CONSIDERED, JPMorgan Chase Bank National Association files this Motion and prays that it be allowed to file a Proof of Claim.

Respectfully submitted
SHAPIRO & MASSEY, L.L.P.


/s/ Evan J. Lundy
Evan J. Lundy

## CERTIFICATE OF SERVICE

I, J. Gary Massey, of the firm of Shapiro & Massey, L.L.P., do hereby certify that I have this date provided a copy of the foregoing Motion to Allow Late Proof of Claim either by electronic case filing or by United States mail postage pre-paid to the following:

James L. Henley, Chapter 13 Trustee
jlhenley@jlhenleych13.net

Mark Ivey Burton, Attorney for Debtors
mark@burtonandburtonpllc.com
paula@burtonandburtonpllc.com

Office of the U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

David M. & Suzanne Bridges
205 Village Circle
Canton, MS 39046

Dated: March 6, 2011

                                            Respectfully submitted
                                            SHAPIRO & MASSEY, L.L.P.

                                            /s/ Evan J. Lundy
                                              Evan J. Lundy

Presented by:
J. Gary Massey, MSB #1920
Evan J. Lundy, MSB #103044
SHAPIRO & MASSEY, L.L.P.
1910 Lakeland Drive, Suite B
Jackson, MS 39216
Telephone No: (601)981-9299
Facsimile No. (601)981-9762
BK Case No. 10-11328-DWH